UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CAMINITI, MICHAEL R. | ) | Case No. 08-02085-JBS |
| CAMINITI, STEFANIE B. | ) | |
| Debtor(s). | ) | Hon. JACK B. SCHMETTERER |

**Trustee's Final Report**

To:   The Honorable JACK B. SCHMETTERER
United States Bankruptcy Judge

NOW COMES PHILIP V. MARTINO, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on January 31, 2008. PHILIP V. MARTINO was appointed Trustee on the January 31, 2008. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of November 25, 2008 is as follows:

    a.   RECEIPTS (See Exhibit C)                                    $58,019.10
    b.   DISBURSEMENTS (See Exhibit C)                                    $0.00

CENTRAL\31109182.1

|   |   |   |
|---|---|---|
| c. | NET CASH available for distribution | $58,019.10 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested (See Exhibit E) | $6,150.96 |
| | 2. Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | (1.) DLA Piper LLP (US) *Attorney for Trustee Fees (Trustee Firm)* | $10,502.00 |
| | (2.) DLA Piper LLP (US) *Attorney for Trustee Expenses (Trustee Firm)* | $5.25 |

5. The Bar Date for filing unsecured claims expired on July 23, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $16,658.21 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $44,564.97 |

7. Trustee proposes that unsecured creditors receive a distribution of 92.8100% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO *Trustee Compensation* | $0.00 | $6,150.96 | $0.00 |

-2-

| | | | |
|---|---|---|---|
| <u>DLA PIPER LLP (US)</u><br>*Attorney for Trustee* | $0.00 | $10,502.00 | $5.25 |

9.  A fee of $1,050.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: _____12/2/2008_____     /s/ <u>Philip V. Martino</u>

PHILIP V. MARTINO, Trustee
203 NORTH LASALLE STREET
SUITE 1800
CHICAGO, IL 60601

CENTRAL\31109182.1

## TASKS PERFORMED BY TRUSTEE

At the first meeting of creditors, Trustee determined that real estate listed on Debtors' Schedule A was unencumbered and Debtors' held a 50% interest in the property. The co-owner of the property (Debtors' Father) did not agree with that assessment and Trustee entered into court proceedings and settlement negotiations regarding the property, which brought $58,000 into the estate from the co-owner. In addition to these negotiations, Trustee maintained estate's bookkeeping records, discussed the need for tax returns with his accountant (determined to be unnecessary), and filed the necessary reports, including this final report, with the Office of the U.S. Trustee. Please see Exhibit A to Trustee's Fee Application for a more detailed breakdown.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CAMINITI, MICHAEL R. | ) | Case No. 08-02085-JBS |
| CAMINITI, STEFANIE B. | ) | |
| Debtor(s). | ) | Hon. JACK B. SCHMETTERER |

**PROPOSED DISTRIBUTION REPORT**

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $16,658.21 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $41,360.89 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$58,019.10** |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $16,658.21 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $6,150.96 | $6,150.96 |
| | DLA Piper LLP (US) Attorney for Trustee Fees | $10,502.00 | $10,502.00 |
| | DLA Piper LLP (US) Attorney for Trustee Expenses | $5.25 | $5.25 |
| | **CLASS TOTALS** | **$16,658.21** | **$16,658.21** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

CENTRAL\31109182.1

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

CENTRAL\31109182.1

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 44,564.97 | 92.81 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000005 | American General Finance<br>General Unsecured 726 | $1,772.52 | $1,645.08 |
| 000010 | American General Finance<br>General Unsecured 726 | $800.00 | $742.48 |
| 000001 | Capital Recovery Ii<br>General Unsecured 726 | $1,532.69 | $1,422.49 |
| 000006 | Chase Bank USA<br>General Unsecured 726 | $4,732.44 | $4,392.19 |
| 000007 | Chase Bank USA<br>General Unsecured 726 | $18,867.86 | $17,511.32 |
| 000008 | Chase Bank USA,N.A<br>General Unsecured 726 | $1,503.52 | $1,395.42 |
| 000009 | Ecast Settlement Corporation Assign<br>General Unsecured 726 | $541.22 | $502.31 |
| 000011 | FIA Card Services, N.A./Bank Of Ame<br>General Unsecured 726 | $12,559.07 | $11,656.12 |
| 000003 | LVNV Funding LLC Its Successors And<br>General Unsecured 726 | $654.66 | $607.59 |
| 000004 | Lvnv Funding LLC Its Successors And | $617.44 | $573.05 |

CENTRAL\31109182.1

| | | | |
|---|---|---|---|
| 000002 | General Unsecured 726 Recovery Management Systems Corpora General Unsecured 726 | $983.55 | $912.84 |
| | CLASS TOTALS | $44,564.97 | $41,360.89 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____

CENTRAL\31109182.1