UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| CAMINITI, MICHAEL R. ) | | Case No. 08-02085-JBS |
| CAMINITI, STEFANIE B. ) | | |
| Debtor(s). ) | | Hon. JACK B. SCHMETTERER |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL 60604

   On: **February 26, 2009**          Time:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                                                   $58,019.10

   Disbursements                                                                                         $0.00

   Net Cash Available for Distribution                                                        $58,019.10

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $6,150.96 | $0.00 |
| DLA PIPER LLP (US) | $0.00 | $10,502.00 | $5.25 |

CENTRAL\31140240.1

*Attorney for Trustee*

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $44,564.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 92.8100% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Capital Recovery Ii | $1,532.69 | $1,422.49 |
| 000002 | Recovery Management Systems Corpora | $983.55 | $912.84 |
| 000003 | LVNV Funding LLC Its Successors And | $654.66 | $607.59 |
| 000004 | LVNV Funding LLC Its Successors And | $617.44 | $573.05 |
| 000005 | American General Finance | $1,772.52 | $1,645.08 |
| 000006 | Chase Bank USA | $4,732.44 | $4,392.19 |
| 000007 | Chase Bank USA | $18,867.86 | $17,511.32 |
| 000008 | Chase Bank USA,N.A | $1,503.52 | $1,395.42 |
| 000009 | Ecast Settlement Corporation Assign | $541.22 | $502.31 |
| 000010 | American General Finance | $800.00 | $742.48 |
| 000011 | FIA Card Services, N.A./Bank Of Ame | $12,559.07 | $11,656.12 |

CENTRAL\31140240.1

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **January 27, 2009**               For the Court,

                          By:   **KENNETH S. GARDNER**
                                CLERK OF THE COURT

Trustee:     Philip V. Martino
Address:     203 North Lasalle Street
             Suite 1800
             Chicago, IL  60601
Phone No.:   (312) 368-2165

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2         Date Rcvd: Jan 27, 2009
Case: 08-02085                Form ID: pdf002              Total Served: 36

The following entities were served by first class mail on Jan 29, 2009.
db           +Michael R. Caminiti,    122 W. Helen Road,    Palatine, IL 60067-6838
jdb          +Stefanie B. Caminiti,   122 W. Helen Road,    Palatine, IL 60067-6838
aty          +Deborah M Gutfeld,    DLA Piper US LLP,    203 N LaSalle Street,    Suite 1900,
               Chicago, IL 60601-1263
aty          +Joseph P Doyle,    Law Office of Joseph P Doyle,    105 S Roselle Road,    Suite 203,
               Schaumburg, IL 60193-1631
aty          +Philip V Martino, ESQ,    DLA Piper US LLP,    203 N Lasalle Street,    Suite 1900,
               Chicago, IL 60601-1263
tr           +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
11915148     +American Mattress,    P.O. Box 3213,    Evansville, IN 47731-3213
11915150     +Bank Of America/Sox,    Pob 17054,    Wilmington, DE 19884-0001
12224296     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11915151     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12338287     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11915153     +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
11915154     +Chase/Cc,   225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841
11915155     +Citgo,   Processing Center,    Des Moines, IA 50362-0001
11915156     +Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
11915157     +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
11915159     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
11915160     +Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850-5519
11915161     +Hsbc/Bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
11915163      Target Nb,    Mailstop 2bd  P O Box 9475,    Minneapolis, MN 55440-9475
11915164     +Tek Collect,    Pob 26390,    Columbus, OH 43226-0390
11915165     +Thd/Cbsd,    Po Box 6003,    Hagerstown, MD 21747-6003
11915166     +Unifund,   10625 Techwoods Circle,    Cincinnati, OH 45242-2846
12378839      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Jan 27, 2009.
12210050      Fax: 800-208-8123 Jan 27 2009 23:57:39      AMERICAN GENERAL FINANCE,   600 North Royal Ave.,
               Evansville, IN 47715
11915147      Fax: 800-208-8123 Jan 27 2009 23:57:39      American General Finance,   600 North Royal Ave,
               Evansville UN 47715
11915146     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Aac,
               Po Box 2036  28405 Van Dyke Rd,    Warren, MI 48090-2036
11915149     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance Llc,
               Po Box 2036,    Warren, MI 48090-2036
12657346     +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:55:57      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12433846     +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11915158     +E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2009 22:55:20      Gemb/Lowes,    Po Box 103065,
               Roswell, GA 30076-9065
11915162     +E-mail/PDF: cr-bankruptcy@kohls.com Jan 28 2009 02:47:31       Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
12206419      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12657347      E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:55:57
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12194061     +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:56:16
               Recovery Management Systems Corporation,    For Capital Recovery One,    As Assignee of CLASSIC,
               25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
12177069     +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:55:58
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11915152*    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jan 27, 2009
Case: 08-02085                Form ID: pdf002          Total Served: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                    **Signature:**     *Joseph Speetjens*