**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 08-02085 |
| CAMINITI, MICHAEL R. | § | |
| CAMINITI, STEFANIE B. | § | |
| Debtor(s) | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                        Assets Exempt: 58,800.00

Total Distributions to Claimants: 41,374.52   Claims Discharged
                                              Without Payment: 15,795.45

Total Expenses of Administration: 16,653.40

---

3) Total gross receipts of $ 58,027.92  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 58,027.92  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 302,538.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,653.40 | 16,653.40 | 16,653.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,224.15 | 44,564.97 | 44,564.97 | 41,374.52 |
| **TOTAL DISBURSEMENTS** | $ 357,762.15 | $ 61,218.37 | $ 61,218.37 | $ 58,027.92 |

4) This case was originally filed under chapter 7 on 01/31/2008 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2009                              By: /s/PHILIP V. MARTINO
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| HOMESTEAD | 1110-000 | 58,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 27.92 |
| **TOTAL GROSS RECEIPTS** | | **$58,027.92** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Manhattan Mtge<br>3415 Vission Drive<br>Columbus, OH  43219 | | 264,274.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citi Auto<br>2208 Highway 121 Suite 100<br>Bedford, TX  76021 | | 13,298.00 | NA | NA | 0.00 |
| GMAC<br>15303 S 94th Ave<br>Orland Park, IL  60462 | | 24,966.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 302,538.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 6,151.40 | 6,151.40 | 6,151.40 |
| DLA PIPER LLP (US) | 3110-000 | NA | 10,502.00 | 10,502.00 | 10,502.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 16,653.40 | $ 16,653.40 | $ 16,653.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AAC<br>P.O. Box 2036<br>28405 Van Dyke Road<br>Warren, MI  48093 | | 184.00 | NA | NA | 0.00 |
| Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI  48090 | | 184.00 | NA | NA | 0.00 |
| Chase/Cc<br>225 Chastain Meadows Ct.<br>Kennesaw, GA  30144 | | 3,704.00 | NA | NA | 0.00 |
| HSBC/Bstby<br>1405 Foulk Road<br>Wilmington, DE  19808 | | 273.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HSBC/Bstby<br>P.O. Box 15519<br>Wilmington, DE 19850 | | 268.00 | NA | NA | 0.00 |
| Target NB<br>Mailstop 2bd<br>P.O. Box 9475<br>Minneapolis, MN 55440-9475 | | 350.00 | NA | NA | 0.00 |
| Tek Collect<br>P.O. Box 26390<br>Columbus, OH 43226 | | 7,642.00 | NA | NA | 0.00 |
| AMERICAN GENERAL FINANCE | 7100-000 | 1,786.00 | 1,772.52 | 1,772.52 | 1,645.62 |
| AMERICAN GENERAL FINANCE | 7100-000 | 1,786.00 | 800.00 | 800.00 | 742.73 |
| CAPITAL RECOVERY II | 7100-000 | 1,411.00 | 1,532.69 | 1,532.69 | 1,422.96 |
| CHASE BANK USA | 7100-000 | 4,379.00 | 4,732.44 | 4,732.44 | 4,393.64 |
| CHASE BANK USA | 7100-000 | 17,454.00 | 18,867.86 | 18,867.86 | 17,517.09 |
| CHASE BANK USA,N.A | 7100-000 | 996.00 | 1,503.52 | 1,503.52 | 1,395.88 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | 45.00 | 541.22 | 541.22 | 502.47 |
| FIA CARD SERVICES, N.A./BANK OF AME | 7100-000 | 12,259.00 | 12,559.07 | 12,559.07 | 11,659.96 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | 607.00 | 654.66 | 654.66 | 607.79 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | 633.15 | 617.44 | 617.44 | 573.24 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 1,263.00 | 983.55 | 983.55 | 913.14 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 55,224.15 | $ 44,564.97 | $ 44,564.97 | $ 41,374.52 |

Page: 1
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  08-02085   JBS   Judge: JACK B. SCHMETTERER
Case Name: CAMINITI, MICHAEL R.
           CAMINITI, STEFANIE B.
For Period Ending: 05/15/09

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 01/31/08 (f)
341(a) Meeting Date: 02/27/08
Claims Bar Date: 07/23/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD  In return for fully funding all claims, administrative fees, and costs, Trustee will not sell home. One Debtor holds with her father as co-owner. | 500,000.00 | 235,000.00 | | 58,000.00 | FA |
| 2. Cash on Hand | 150.00 | 0.00 | | 0.00 | FA |
| 3. CITIBANK CHECKING | 390.00 | 0.00 | | 0.00 | FA |
| 4. Palatine Bank Savings | 94.00 | 0.00 | | 0.00 | FA |
| 5. CITIBANK CHECKING | 24.00 | 0.00 | | 0.00 | FA |
| 6. Citibank Savings | 19.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Books Pictures, CD's | 250.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Misc Costume Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 11. WORKMAN'S COMP | 30,000.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Hummer H3 | 17,935.00 | 0.00 | | 0.00 | FA |
| 13. 2003 Buick Rendevouz | 7,510.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 27.92 | Unknown |
| TOTALS (Excluding Unknown Values) | $559,622.00 | $235,000.00 | | $58,027.92 | $0.00 Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/01/08    Current Projected Date of Final Report (TFR): 03/30/09

LFORM1    UST Form 101-7-TDR (4/1/2009) *(Page: 8)*    Ver: 14.30d

Page: 1
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-02085 -JBS
Case Name: CAMINITI, MICHAEL R.
             CAMINITI, STEFANIE B.
Taxpayer ID No: *******7403
For Period Ending: 05/15/09

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6009 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/08 | 1 | Glenn E. Homuth | | 1110-000 | 25,000.00 | | 25,000.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.99 | | 25,000.99 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.17 | | 25,004.16 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.08 | | 25,007.24 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.18 | | 25,010.42 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.17 | | 25,013.59 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.08 | | 25,016.67 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.43 | | 25,019.10 |
| 11/06/08 | 1 | Glenn Homuth | | 1110-000 | 33,000.00 | | 58,019.10 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.93 | | 58,023.03 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.15 | | 58,026.18 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.98 | | 58,027.16 |
| 02/25/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.76 | | 58,027.92 |
| 02/25/09 | | Transfer to Acct #*******0302 | Final Posting Transfer | 9999-000 | | 58,027.92 | 0.00 |

|  | COLUMN TOTALS | 58,027.92 | 58,027.92 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 58,027.92 |
|  | Subtotal | 58,027.92 | 0.00 |
|  | Less: Payments to Debtors | | 0.00 |
|  | Net | 58,027.92 | 0.00 |

Page Subtotals    58,027.92    58,027.92

LFORM24    UST Form 101-7-TDR (4/1/2009) *(Page: 9)*    Ver: 14.30d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-02085 -JBS | | | Trustee Name: | PHILIP V. MARTINO | |
| Case Name: | CAMINITI, MICHAEL R. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | CAMINITI, STEFANIE B. | | | Account Number / CD #: | *******0302 BofA - Checking Account | |
| Taxpayer ID No: | *******7403 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| For Period Ending: | 05/15/09 | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/25/09 | | Transfer from Acct #*******6009 | Transfer In From MMA Account | 9999-000 | 58,027.92 | | 58,027.92 |
| 04/02/09 | 003001 | PHILIP V. MARTINO 203 NORTH LASALLE STREET SUITE 1800 CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 | | 6,151.40 | 51,876.52 |
| 04/02/09 | 003002 | DLA Piper LLP (US) | Attorney Fees and Costs | 3110-000 | | 10,502.00 | 41,374.52 |
| 04/02/09 | 003003 | Capital Recovery II 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | Claim 000001, Payment 92.84069% | 7100-000 | | 1,422.96 | 39,951.56 |
| 04/02/09 | 003004 | Recovery Management Systems Corporation For Capital Recovery One As Assignee of CLASSIC 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Claim 000002, Payment 92.84124% | 7100-000 | | 913.14 | 39,038.42 |
| 04/02/09 | 003005 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000003, Payment 92.84056% | 7100-000 | | 607.79 | 38,430.63 |
| 04/02/09 | 003006 | LVNV Funding LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000004, Payment 92.84141% | 7100-000 | | 573.24 | 37,857.39 |
| 04/02/09 | 003007 | AMERICAN GENERAL FINANCE PO BOX 3121 EVANSVILLE, IN 47731 | Claim 000005, Payment 92.84070% | 7100-000 | | 1,645.62 | 36,211.77 |
| 04/02/09 | 003008 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS | Claim 000006, Payment 92.84090% | 7100-000 | | 4,393.64 | 31,818.13 |
| | | | | Page Subtotals | 58,027.92 | 26,209.79 | |

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-02085 -JBS | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | CAMINITI, MICHAEL R. | Bank Name: | BANK OF AMERICA, N.A. |
| | CAMINITI, STEFANIE B. | Account Number / CD #: | *******0302 BofA - Checking Account |
| Taxpayer ID No: | *******7403 | | |
| For Period Ending: | 05/15/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/09 | 003009 | 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000007, Payment 92.84089% | 7100-000 | | 17,517.09 | 14,301.04 |
| 04/02/09 | 003010 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000008, Payment 92.84080% | 7100-000 | | 1,395.88 | 12,905.16 |
| 04/02/09 | 003011 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Claim 000009, Payment 92.84025% | 7100-000 | | 502.47 | 12,402.69 |
| 04/02/09 | 003012 | American General Finance POB 3121 Evansville, IN 47731 | Claim 000010, Payment 92.84125% | 7100-000 | | 742.73 | 11,659.96 |
| 04/02/09 | 003013 | FIA CARD SERVICES, N.A./BANK OF AMERICA by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Claim 000011, Payment 92.84095% | 7100-000 | | 11,659.96 | 0.00 |

Page Subtotals         0.00         31,818.13

Page: 4
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-02085 -JBS | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | CAMINITI, MICHAEL R. | Bank Name: | BANK OF AMERICA, N.A. |
|  | CAMINITI, STEFANIE B. | Account Number / CD #: | *******0302  BofA - Checking Account |
| Taxpayer ID No: | *******7403 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 05/15/09 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 58,027.92 | 58,027.92 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 58,027.92 | 0.00 | |
| | | | Subtotal | | 0.00 | 58,027.92 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 58,027.92 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | BofA - Money Market Account - *********6009 | | 58,027.92 | 0.00 | 0.00 |
| | | | BofA - Checking Account - *********0302 | | 0.00 | 58,027.92 | 0.00 |
| | | | | | 58,027.92 | 58,027.92 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals　0.00　0.00